IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ORLANDO TOREY**                                                                                                  **PLAINTIFF**

V.                       **CASE NO. 4:16-CV-476-JLH-BD**

**ROPER, et al.**                                                                                                       **DEFENDANTS**

## ORDER

Orlando Torey, an inmate at the Faulkner County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Mr. Torey, who is proceeding *in forma pauperis*, has moved to voluntarily dismiss the claims raised in this lawsuit. He asks that the Court order jail officials not to collect the remaining filing fee from his jail account. (#5) The motion (#5) is GRANTED, in part, and DENIED, in part.

Mr. Torey's claims are DISMISSED, without prejudice. Under the Prison Litigation Reform Act, however, the Court is not authorized to direct prison officials not to collect the filing fee for the instant complaint. See *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997) (under Prison Litigation Reform Act, prisoners are responsible for filing fees the moment the civil action is filed).

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED, this 25th day of July, 2016.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE