# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ORLANDO TOREY**                                                                 **PLAINTIFF**

**V.**                            **CASE NO. 4:16-CV-476-JLH-BD**

**ROPER, et al.**                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE